

## NUMBER 13-12-00036-CV

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

### IN THE INTEREST OF A.J.P., A.J.P., AND E.J.P., MINOR CHILDREN

**On Appeal from the 398th District Court
of Hidalgo County, Texas.**

## MEMORANDUM OPINION

**Before Justices Benavides, Vela, and Perkes
Memorandum Opinion Per Curiam**

Appellant, Sergio Lauro Perez, attempted to perfect an appeal from a judgment entered by the 398th District Court of Hidalgo County in cause no. F-4786-05-I. Upon review of the documents before the Court, it appeared that there was no final, appealable judgment and that the notice of appeal did not comply with Texas Rule of Civil Procedure 25.1(d) and 9.5(e).

On February 16, 2012, the Clerk of this Court notified appellant that it appeared that there was no final, appealable judgment, and that the notice of appeal failed to

comply with Texas Rule of Appellate Procedure 25.1(d) and 9.5(e). *See* TEX. R. APP. P. 25.1(d), 9.5(e). Appellant was notified of these defects so that steps could be taken to correct the defects, if it could be done. *See* TEX. R. APP. P. 37.1, 42.3. Appellant was advised that, if the defects were not corrected within ten days from the date of receipt of the notice, the appeal would be dismissed for want of jurisdiction. Appellant failed to respond to the Court's notice.

The Hidalgo County Clerk's Office has informed this Court that no judgment has been entered in trial court cause no. F-4786-05-I. In terms of appellate jurisdiction, appellate courts only have jurisdiction to review final judgments and certain interlocutory orders identified by statute. *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001).

The Court, having considered the documents on file and appellant's failure to correct these defects in this matter, is of the opinion that the appeal should be dismissed for want of jurisdiction. Accordingly, the appeal is DISMISSED FOR WANT OF JURISDICTION. *See* TEX. R. APP. P. 42.3(a), (c).


PER CURIAM

Delivered and filed the
5th day of April, 2012.


2